# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAKA AYAMOTO, | Case No: CV 09-9036 JAK (CTx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | **JS-6** |
| Defendant. | Hon. John A. Kronstadt<br>United States District Judge |

On July 11, 2011, Defendant United States served Plaintiff Taka Ayamoto with a offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Plaintiff accepted the United States' offer on July 20, 2011. Accordingly:

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Taka Ayamoto as against Defendant United States of America in the total amount of fifty thousand dollars and zero cents ($50,000.00). Said sum shall not constitute an admission of fault or liability by the United States. Said sum includes Plaintiff's costs of suit and attorneys' fees, and shall not be construed otherwise.

**IT IS SO ORDERED.**

**Dated this 27th day of the month of July 2011.**

_____
**THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE**

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ *Terrence M. Jones*
TERRENCE M. JONES
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA